```
                                              FILED

IN THE UNITED STATES DISTRICT COURT           JUN - 8 2023
    WESTERN DISTRICT OF TEXAS
       SAN ANTONIO DIVISION              CLERK, U.S. DISTRICT COURT
                                         WESTERN DISTRICT OF TEXAS
                                         BY_____
                                                  DEPUTY CLERK
```

UNITED STATES OF AMERICA § 
§
VS. § CRIMINAL NO. SA:20CR-580-(4)-OLG
§
JESUS RODRIGUEZ §

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On this __1ST__ day of ~~May~~ *June*, 2023, notice is given that, JESUS RODRIGUEZ, the defendant above named, hereby appeals, to the United States Court of Appeals for the Fifth Circuit from the Judgment of conviction and sentence entered by this Court on June 1, 2023.

Respectfully submitted,

*/s/ Jesus Rodriguez*
Jesus Rodriguez
Defendant - Pro-Se
Karnes County Detention Facility
810 Commerce St.
Karnes City, Texas 78118

### CERTIFICATE OF SEVICE

I hereby certify that a true an correct copy of the above an foregoing document has been forward to Brian Nowinski brian.nowinski@usdoj.gov U.S. Attorney Office at 601 NW Loop 410, Ste 600, San Antonio, Texas 78216 on __June 1__, 2023.

*/s/ Jesus Rodriguez*
Jesus Rodriguez -Pro-se

Jesus Rodriguez #55797079
Karnes County Detention Facility
810 Commerce St.
Karnes City, TX 78118

RECEIVED
JUN 8 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

United States District Clerk
Western District of Texas, San Antonio Div.
262 West Nueva Street, Room 1-400
San Antonio, TX 78207