Case 5:20-cr-00580-OLG   Document 894   Filed 08/05/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jesus Rodriguez | )<br>)<br>) Case No: 5:20-CR-00580-OLG-4<br>) USM No: 17258-179<br>) |
| Date of Original Judgment: 06/23/2023<br>Date of Previous Amended Judgment: 07/05/2023<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Pro Se<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is not eligible under Part A of Amendment 821 because status points were not assessed in this case.

Defendant is not eligible under Part B of Amendment 821 because Defendant received an adjustment under §3B1.1 (Aggravating Role) and was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848. USSG §4C1.1(a)(10).

Except as otherwise provided, all provisions of the judgment dated   07/05/2023   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/05/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Orlando L. Garcia, U.S. District Judge
*Printed name and title*