```
                    Jesus Rodriguez
       Register No. 17258-179
                    P.O. Box 1010
                Bastrop, Texas 78602                    FILED

                    December 31, 2024                JAN - 6 2025

                                                  CLERK, U.S. DISTRICT
                                                  ...
```

United States District Court for
The Western District OF Texas
262 W Nueva St. Suite 1-400
San Antonio, Texas 78207     Re: Status of Direct Appeal
                                  United States vs. Jesus Rodriguez
                                  Case No. 5:20-CR-580-4
                                  Appeal No. 23-50433

Dear. Clerk

   My names is Jesus Rodriguez, I'm currently incarcerated at the Bastrop Federal Correctional Institution, in Bastrop Texas.

   A while back I mailed two (2) letters to this Honorable Office requesting status on a direct appeal that was filed in my behalf by Attorney Angelica J. Moore. I have not received a response, indicating that the aforementioned letters were received, accepted or denied. This will be the third letter.

   I have written to Attorney Moore as well, to date, I have not received a response from her or her office. The reason I'm attempting to ascertain the status on the appeal, is that I'm trying to file a 28 U.S.C. 2255, as you are aware there is a time of limitation to file aforementioned motion, in addition, I'm aware that if there's a pending appeal, the motion would not be accepted.

   At this time I'm respectfully requesting status on the direct appeal. If I need to write to someone else, can you please provide me their information so I can write to them?

   I'm enclosing a self-address envelope, for you convenience, in case you or your office will be able to mail me the status. I hope and pray that I will get a response from this Honorable office.

                                               Respectfully
                                               *Jesus Rodriguez*
                                               Jesus Rodriguez
                                               Pro-Se representation

Jesus Rodriguez 17258-179
Bastrop FCI
PO Box 1010
Bastrop, TX 78602



78207-452999

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
    DEPUTY CLERK

RECEIVED
JAN - 6 2025

CL-O

17258-179

AUSTIN TX 786
RIO GRANDE DISTRICT
3 JAN 2025 PM 3 L

Johnh Wood Us Courthouse
262 W Nueva
SAN Antonio, TX 78207
United States

Suite 1-400

JAN 06 2025
SAN ANTONIO, TX
ENFORCEMENT SECTION