TRULINCS 17258179 - RODRIGUEZ, JESUS - Unit: BAS-D-A

---

FROM: 17258179
TO:
SUBJECT:
DATE: 03/24/2025 12:23:57 PM

March 23,2025

FILED

MAR 3 1 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY CLERK

District Clerk
USDC/Western District of Texas
Case # 5:20-CR-580-4 OLG
Jesus Rodriguez

Re: Request For Transcript
    Request for Court Appointed Counsel

Dear Clerk:
Please accept this letter as my Request for a copy of my transcript and a court appointed attorney to help me prepare a 2255 motion with the court in regard to my above listed case.

My Appeal was denied on july 15, 2024 so I am under a tight deadline to file my motion. Please note that my appellate lawyer was appointed due to my indigent status and I have been incarcerated since september 1, 2022.
Please advice me if you need anything else to provide the court in order to grant my request.

thank you for your assistance in tis matter

respectfully ,

*Jesus Rodriguez* (signature)

Jesus Rodriguez
Inmate # 17258-179
bastrop spc camp
p.o. box 629
bastrop, tx 78602-1629

Jesus Rodriguez 17258-179
Federal Correctional Institution
P.O. Box 629
Bastrop Texas 78602-1629

SAN ANTONIO, TX
MAR 31 2025
RECEIVED
U.S. MARSHALS

RECEIVED
MAR 31 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

AUSTIN TX 787
RIO GRANDE DISTRICT
26 MAR 2025 PM 3 L

⇦17258-179⇨
Clerk U S District Court
Western District of Texas
262 W Nueva
SAN Antonio, TX 78207
United States

78207-452699